THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH NINESLING et al., Appellants, v NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent.—Judgment of the Supreme Court, Nassau County, dated November 28, 1977, affirmed, without costs or disbursements. No opinion. Appeal from an order of the same court, entered November 7, 1977, dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Hopkins, J. P., Martuscello, Latham and Damiani, JJ., concur.

TOWN OF BROOKHAVEN, Respondent, v WILLIAM GEORGE et al., Doing Business as LAKEVIEW FARMS, INC., Appellants, and ALLAN SEABERG et al., Intervenors.—In an action for a permanent injunction, defendants appeal from an order of the Supreme Court, Suffolk County, entered November 30, 1977, which, *inter alia,* granted plaintiff's motion for a preliminary injunction and enjoined defendants from maintaining, harboring or housing horses on their property. Order affirmed, without costs or disbursements, on condition that plaintiff be ready to proceed to trial on April 3, 1978, on which date the action is directed to be tried. The stay heretofore granted is hereby continued until April 3, 1978, subject to the further order of the trial court. Hopkins, J. P., Martuscello, Latham and Shapiro, JJ., concur.